# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:06CR119 |
| vs. | ) | ORDER |
| **MARTIN GONZALEZ-MORENO,** | ) | |
| Defendant. | ) | |

This matter is before the court on Martin Gonzalez-Moreno's (Gonzalez-Moreno) motion to disclose the identity of a confidential informant (Filing No. 26) and his motion to disclose **Brady** material (Filing No. 25). The court held a hearing on the motions on May 24, 2006. Gonzalez-Moreno was present with his counsel Adam J. Sipple. The United States was represented by Assistant U.S. Attorney Robert C. Sigler.

The government announced that it would disclose the identity of the confidential informant prior to trial. Accordingly, Gonzalez-Moreno's motion to disclose the identity of the confidential informant (Filing No. 26) is denied as moot. The government shall disclose the identity of the confidential informant **on or before June 15, 2006.**

Gonzalez-Moreno sought disclosure of **Brady** material. The government stated it was unaware of any such material but was aware of its obligation to timely disclose such material when the government became aware of any such materials. Accordingly, Gonzalez-Moreno's motion (Filing No. 25) is denied without prejudice.

**IT IS SO ORDERED.**

DATED this 26th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge