# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR119** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **MARTIN GONZALEZ-MORENO,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of Adam J. Sipple to withdraw as counsel for the defendant, Martin Gonzalez-Moreno (Moreno) (Filing No. 55). Moreno remains a fugitive after having absconded from CH, Inc., on or about June 17, 2006. Should Moreno return to federal custody before the completion of the case against his co-defendants, Mr. Sipple's counsel will be required. Until such time, Mr. Sipple's motion to withdraw (Filing No. 55) will be denied without prejudice.

**IT IS SO ORDERED.**

DATED this 19th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge