# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR119** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARTIN GONZALEZ-MORENO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Adam J. Sipple to withdraw as counsel for the defendant, Martin Gonzalez-Moreno (Moreno) (Filing No. 123). Moreno remains a fugitive after having absconded from CH, Inc. on or about June 17, 2006. Moreno's co-defendants have been sentenced in this matter and there is nothing further for Mr. Sipple to do in light of Moreno's fugitive status. Accordingly, Mr. Sipple's motion to withdraw (Filing No. 123) is granted and Mr. Sipple may present his CJA voucher to the Office of the Federal Public Defender for processing.

**IT IS SO ORDERED.**

DATED this 18th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge