IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR119 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MARTIN GONZALEZ-MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 156), pursuant to Federal Rule of

Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the

Indictment against Martin Gonzalez-Moreno.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 156) is granted.

Dated this 10th day of April, 2014.

BY THE COURT:

  s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge